IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JO ANN DEWBERRY,

      Plaintiff,

      vs.                     Case No. 07-1058-JTM

WICHITA PUBLIC SCHOOL SYSTEM,

      Defendant.

MEMORANDUM AND ORDER

The present action arises from plaintiff's complaint filed on February 28, 2007, which alleges violations of Title VII (42 U.S.C. § 2000e *et. seq*.), the Age Discrimination in Employment Act (29 U.S.C. § 621 *et. seq*.), and the Americans with Disabilities Act (42 U.S.C. § 12111 *et. seq*.).  Defendant filed a motion to dismiss with this court on April 4, 2007. Following the filing of defendant's motion, plaintiff failed to respond.

Under D. Kan. Rule 7.4, if a respondent fails to file a response within the time required by Rule 6.1(d), the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice.  For this reason and for good cause shown, the court grants defendant's motion to dismiss.

IT IS ACCORDINGLY ORDERED this 9th day of May, 2007, that defendant's motion to dismiss (Dkt. No. 7) is granted.

                     s/ J. Thomas Marten
                     J. THOMAS MARTEN, JUDGE